UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-05965
Lataunya Lymore )
)
) Chapter: 13
)
) Honorable LaShonda Hunt
)
) Joliet
Debtor(s) )

## ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's plan payment is decreased to $250 per month

2. Pursuant to the CARES Act, the Debtor's Chapter 13 plan may run longer than 60 months.

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: June 05, 2020

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100